IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aalbert F Wijers,[1] <br> Petitioner, <br> v. <br> David Shinn, et al., <br> Respondents. | No. CV-20-00318-TUC-JGZ <br><br> **ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Lynette C. Kimmins.  (Doc 36.)  Magistrate Judge Kimmins recommends denying Petitioner's § 2254 Petition for Writ of Habeas Corpus.  (*Id.*)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired.  As such, the Court will not consider any objections or new evidence.

Upon review of the record, the Court will adopt Magistrate Judge Kimmin's recommendations.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

Before Petitioner can appeal this Court's judgment, a certificate of appealability (COA) must issue.  *See* 28 U.S.C. §2253(c); Fed. R. App. P. 22(b)(1); Rule 11(a) of the Rules Governing Section 2254 Cases. "The district court must issue or deny a certification

---

[1] Petitioner initiated this case under the name Frank Albert Wyers. (Doc. 1.) He subsequently filed a notice of name change, asking that this Court change his name to Aalbert F. Wijers, to conform with his correct name that is now being used by the Arizona Department of Corrections to identify him. (Doc. 35.)

of appealability when it enters a final order adverse to the applicant." Rule 11(a) of the Rules Governing Section 2254 Cases. Pursuant to 28 U.S.C. § 2253(c)(2), a COA may issue only when the petitioner "has made a substantial showing of the denial of a constitutional right." The court must indicate which specific issues satisfy this showing. *See* 28 U.S.C. §2253(c)(3). With respect to claims rejected on the merits, a petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). For procedural rulings, a COA will issue only if reasonable jurists could debate whether the petition states a valid claim of the denial of a constitutional right and whether the court's procedural ruling was correct. *Id*. Upon review of the record in light of the standards for granting a certificate of appealability, the Court concludes that a certificate shall not issue, as the resolution of the petition is not debatable among reasonable jurists. Accordingly,

**IT IS ORDERED**:

1. Magistrate Judge Kimmin's Report and Recommendation (Doc. 36) is **adopted**.
2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **denied**.
3. The Clerk of Court shall enter judgment accordingly and close the file in this action.

Dated this 26th day of February, 2024.

Jennifer G. Zipps
United States District Judge